## CHANCE v. CALIFORNIA.

No. 306, Misc.  Decided November 6, 1967.

*Marshall W. Krause* for petitioner.

*Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *Michael J. Phelan,* Deputy Attorneys General, for respondent.

PER CURIAM.

The motion to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment is reversed.  *Redrup* v. *New York,* 386 U. S. 767.

MR. JUSTICE HARLAN would affirm for the reasons set forth in his separate opinion in *Roth* v. *United States,* 354 U. S. 476, 496, 500–503, and in his dissenting opinion in *Memoirs* v. *Massachusetts,* 383 U. S. 413, 455.